## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re               )           Case No. 4-89-03305
)
)
**Cynthia H. Robinson**    )
)
)        Application for Unclaimed Dividends
Debtor(s)           )        and Certificate of Service
)
_____)

I am applying for funds in the amount of <u>$211.00</u> which have been paid into the court by the trustee in this case for the following creditor.

       Name: Oak Point Partners, LLC[1], S/I/I Mervyn's Holdings, LLC, et al. Bankruptcy Estate

       Address: P.O. Box 1033, Northbrook, IL 60065

       Last four digits of SS# or Tax ID#: 8093

Please check the appropriate box.

____I am the creditor named above.

____I hold an ownership interest of _____ % in the creditor and my ownership interest is that of _____(e.g. sole proprietorship, partner, stockholder). I have authority from any and all other parties holding an ownership interest in the creditor to collect funds on behalf of the creditor.

____I am an employee of the creditor named above and my title is _____.

____I am authorized by the creditor to file this application and have attached an authorization to collect on behalf of the creditor because I am not an officer of the company or corporation.

____I am the legal representative for the creditor named above. I have a attached an original, notarized power of attorney which includes the case number, case name, chapter number, dollar amount of claim and the typed name, title (if applicable), address and phone number of the person who signed the power of attorney. An original business card is attached if the claimant is employed by the creditor. Also, an authorization to collect on behalf of the creditor is attached if the claimant is not an officer of the company or corporation.

_X_ I am a successor in interest, or its legal representative (legal representatives must attach a power of attorney as described above) and I have attached documentation which establishes my right to make this claim. Please provide a brief history of the creditor named above and attach documents that clearly establish that the unclaimed funds are included in any sale, merger, transfer or acquisition.

---

[1] Please note that Oak Point Partners, Inc., an Illinois corporation, has merged with and into Oak Point Partners, LLC ("Oak Point"), a Delaware limited liability company. Oak Point's federal employer identification number (30-0008093) and contact information remain the same.

Case: 89-43305   Doc# 2   Filed: 05/13/19   Entered: 05/13/19 10:42:22   Page 1 of 2

Case # 4-89-03305

A dividend check in the amount of $211.00 was issued by the trustee to Mervyn's, Creditor in the above referenced case ("Creditor"). On July 29, 2008, Mervyn's Holdings, LLC and its related entities (collectively, "Mervyn's") filed a chapter 11 petition in the United States Bankruptcy Court for the District of Delaware, assigned case No. 08-11586. Thereafter, a Plan of Liquidation was confirmed, which appointed a Plan Administrator, charged with managing the assets of the estate. On June 6, 2014, Mervyn's, through its Plan Administrator, sold its remnant assets to Oak Point, including the rights to unclaimed property. A copy of the Asset Purchase Agreement is attached.

____ I am the heir/legal representative of the creditor who is deceased. I have attached a certified copy of the death certificate and other appropriate documents that support my right to act on behalf of the decedent's estate.

____ None of the above apply. I have attached documents that show that I am entitled to the unclaimed funds because:

I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these funds.

On **4/26/19** I mailed a copy of this application to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36055, San Francisco, CA 94102.

I understand that pursuant to 18 U.S.C. section 152, I will be fined not more than $5,000.00, or imprisoned not more than five years, or both if I knowingly and fraudulently made any false statements in this document.

*I certify, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.*

            P.O. Box 1033, Northbrook, IL 60065
            Address of Creditor/Claimant

_____
Signature of Creditor/Claimant

            (847)- 483-8001
            Telephone Number of Creditor/Claimant

Oak Point Partners, LLC

Paul Standfield, Vice President, Finance
Typed or Printed Name

            info@oakpointpartners.com
            E-mail Address of Creditor/Claimant

4/25/19
_____
Date

STATE OF ILLINOIS
COUNTY OF COOK

4/25/19

Official Seal
Dee M Bender
Notary Public State of Illinois
My Commission Expires 01/30/2020

NOTARY